14

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER CISNEROS | § | |
|     Petitioner, | § | |
| | § | (Civil No. B-97-003) |
| v. | § | (Crim. No. H-95-196-s1) |
| | § | |
| UNITED STATES OF AMERICA | § | Civil No. B-96-178 |
|     Respondent. | § | Crim. No. B-94-181-s1 |

ORDER DENYING CERTIFICATE OF APPEALABILITY
AND GRANTING MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

This Court dismissed Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2255 (Civil Action Number B-97-003) on the 28th day of May, 1998 and dismissed his Motion to Vacate Sentence pursuant to 28 U.S.C. §2255 on the 22nd day of September, 1997 (Civil Action Number B-96-178). Petitioner's subsequent Motions for Reconsideration were denied by this Court on the 9th day of December, 1998 (B-97-003) and the 20th day of October, 1998 (B-96-178). Petitioner then filed his Notices of Appeal in both cases on the 30th day of December, 1998. Rule 22(b) of the Federal Rules of Appellate Procedure requires that the district judge rule on the issuance of a certificate of appealability upon the filing of a notice of appeal. An applicant cannot take an appeal without a certificate.

The standard for such certificate is set forth in 28 U.S.C. §2253. In order to issue the certificate of appealability, the applicant must make a substantial showing of the denial of a constitutional right. It is this Court's opinion that Petitioner has failed to make this showing in

either case and therefore his Certificates of Appealability for both cases are hereby **DENIED**

Also before this court are Petitioner's Motions to Proceed Without Prepayment of Fees. It is the opinion of this Court that said motions should be and are hereby **GRANTED.**

**SO ORDERED.**

Signed this 27th day of May, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge